**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VIDEOLABS, INC. and VL COLLECTIVE IP LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 6:22-cv-00079-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER REGARDING VENUE DISCOVERY DISPUTE**

On June 8, 2022, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") filed an Opposed Motion to Transfer Venue (Dkt. 39) in the above-captioned case. During venue discovery, Plaintiffs Videolabs, Inc. and VL Collective IP, LLC, ("VideoLabs") served a First Notice of 30(b)(6) Deposition of Amazon on June 20, 2022, and a Notice of Deposition of Juan Lopez on August 14, 2022.

After Amazon served its objections and responses thereto, the parties held several meet-and-confers, but disputes between the parties remained. Venue discovery closed on August 17, 2022. On August 23, 2022, Amazon requested a protective order preventing depositions on four issues and the parties presented a summary of these disputes to the Court via e-mail. On August 24, 2022, the Court held a remote hearing via Zoom.

This Court, having considered the issues raised by Amazon regarding its objections and responses to 30(b)(6) Topics and to the deposition of Juan Lopez, hereby ORDERS the following:

| Amazon's Request for Protective Order | Court's ORDER |
|---|---|
| 30(b)(6) Topic Nos. 1, 4, 11, 12, and 13<br><br>Deposition topics requesting historical testimony "from the beginning of each of the Accused Product's development to the present." | Amazon's request for a Protective Order is GRANTED. VideoLabs is not seeking, and Amazon need not produce, further discovery nor additional witnesses regarding historical information. This is in no way an implied ruling of anything to do with VideoLabs's sanctions motion. (Dkt. 50). |
| Deposition of Juan Lopez, Manager of a Fulfillment Center in Waco, Texas | Amazon's request for a Protective Order is DENIED. The Court ORDERS Amazon to make Mr. Lopez available for a deposition of no longer than 90 minutes. The 90-minute allotment is in addition to the previously-agreed limit on deposition time. |
| 30(b)(6) Topic No. 10:<br><br>Deponent knowledgeable about the document retention, document storage, and document collection processes and policies, including those used in this litigation. | Amazon's request for a Protective Order is GRANTED. VideoLabs is not seeking, and Amazon need not produce, further discovery nor a witness on Topic No. 10. This is in no way an implied ruling of anything to do with VideoLabs's sanctions motion. (Dkt. 50). |
| 30(b)(6) Topic No. 3:<br><br>Deponent knowledgeable about the quantity sold, gross revenue, net revenue, cost of goods sold, profits, and fulfillment centers in/for Your sales of the Accused Products in the Western District of Texas. | Amazon's request for a Protective Order is GRANTED. VideoLabs is not seeking, and Amazon need not produce, further discovery nor a witness on Topic No. 3. This is in no way an implied ruling of anything to do with VideoLabs's sanctions motion. (Dkt. 50). |

Signed this 1st day of September, 2022

_____
Derek T. Gilliland
United States Magistrate Judge